# **EXHIBIT 2**

# Intellectual Property Rights Seizure Statistics





U.S. Customs and Border Protection

Fiscal Year 2020



# CONTENTS

Executive Summary .......................................................................................................... 3
IPR Seizure Totals ............................................................................................................. 3
COVID-19 Spotlight .......................................................................................................... 5
Operational and Enforcement Highlights ........................................................................ 7
CBP Partnerships ..........................................................................................................8-11
Help CBP Protect American Ingenuity ........................................................................... 13
IPR and E-Commerce ..................................................................................................... 15
Exclusion Orders............................................................................................................. 16
Modes of Transportation and Commodities ................................................................. 17
Seizure World Map ....................................................................................................18-19
Number of Seizures ................................................................................................... 20-21
Products Seized by MSRP ......................................................................................... 22-23
Total MSRP for Products Seized by Economy .......................................................... 24-25
Seizures by Economy .................................................................................................26-27
Seizures by Mode of Transportation ........................................................................ 28-29
Health, Safety, and Security ......................................................................................30-31
Seizures and Total MSRP by Centers of Excellence and Expertise ................................. 32
IPR Points of Contact ..................................................................................................... 33

Disclaimer: The information contained in this report does not constitute the official trade statistics of the United States. The statistics, and the projections based upon those statistics, are not intended to be used for economic analysis, and are provided for the purpose of establishing U.S. Department of Homeland Security workload.

# Executive Summary

U.S. Customs and Border Protection focuses its trade enforcement efforts on seven Priority Trade Issues (PTI). PTIs represent high-risk areas that can cause significant revenue loss, harm the U.S. economy, or threaten the health and safety of the American people. Current PTIs include **Intellectual Property Rights (IPR)**, which protect American Intellectual Property by interdicting violative goods and leveraging enhanced enforcement authorities.

Trade in illegitimate goods is associated with smuggling and other criminal activities, and often funds criminal enterprises. CBP protects the intellectual property rights of American businesses, safeguarding them from unfair competition and use for malicious intent while upholding American innovation and ingenuity. CBP works with many partner government agencies and the trade community to mitigate the risks posed by imports of such illicit goods.

FY 2020 was another successful year for IPR enforcement. CBP made **26,503 seizures** with an estimated manufacturer's suggested retail price (MSRP) of over **$1.3 billion**.





IPR Seizures 10 Year Totals

# COVID-19 Spotlight



In FY 2020, CBP saw a shift in certain product category seizures, including counterfeit, unapproved, or otherwise substandard COVID-19 related products that threatened the health and safety of American consumers, including the following:

| COVID-19 Related Seizures FY 2020 | | |
|---|---|---|
| Product | # of incidents | # of items seized |
| Counterfeit face masks | 352 | 12.7 million |
| Prohibited COVID-19 test kits | 378 | 180,000 |
| Prohibited Chloroquine tablets | 221 | 38,000 |

Over half of these seizures occurred in the express consignment environment and 24 percent were intercepted in international mail. Roughly 51 percent originated in China. In order to curb the sale of counterfeit or substandard COVID-19 sanitation products or safety equipment online, CBP also published the *E-Commerce Consumer Awareness for COVID-19 Safety Guide*: 
*http://www.cbp.gov/document/guides/e-commerce-consumer-awareness-covid-19*

In addition, CBP created the *COVID-19 Cargo Resolution Team* (CCRT), comprised of a network of subject matter experts from across the agency. The CCRT triaged incoming requests from importers and customers; coordinated with federal, state, and local government agencies; facilitated inbound shipments through ports of entry; expedited importation of critical medical supplies; and responded directly to inquiries about the importation of personal protective equipment, COVID-19 test kits, ventilators, and other medical supplies.

In FY 2020, the CCRT responded to 2,611 questions from the trade community and facilitated clearance of 480 Federal Emergency Management Agency-arranged flights, filled with critical medical supplies from legitimate vendors and international donors.

To read more about CBP's efforts during the pandemic, please visit *https://www.cbp.gov/newsroom/coronavirus*.



# Operational and Enforcement Highlights



In FY 2020, 70 national level IPR Trade Special Operations (TSOs) and 111 local IPR-TSOs were conducted, representing a total of 181 IPR-TSOs in FY 2020. These TSOs targeted high-risk shipments across the United States and resulted in 219 seizures of IPR-infringing goods which, if genuine, would have an estimated MSRP of $1.7 million. This represents a 104% increase in MSRP from IPR-trade special operations from FY 2019.



Number of CBP Trade Special Operations (TSOs) by Fiscal Year (FY)

| Fiscal Year | Number of CBP TSOs |
| --- | --- |
| FY20 | 181 |
| FY19 | 136 |
| FY18 | 129 |




CBP works with partner government agencies to facilitate legitimate trade that supports economic growth and shields the American public and businesses from unsafe products, intellectual property theft, and unfair trade practices.

**Immigration and Customs Enforcement (ICE) – Homeland Security Investigations (HSI)**
CBP and ICE-HSI identify cases in which third-party intermediaries have demonstrably directed, assisted financially, or aided and abetted the importation of counterfeit merchandise. In coordination with the DOJ, CBP and ICE-HSI seek all available statutory authorities to pursue civil fines and other penalties against these entities, including remedies under 19 U.S.C. § 1526(f), as appropriate.

CBP and ICE-HSI mitigate the welfare and financial risks posed by imports of illicit products. In FY20, ICE-HSI arrested 203 individuals, obtained 125 indictments, and received 98 convictions related to intellectual property crimes.

**Collaboration Spotlight:** In partnership with CBP, HSI launched *Operation Stolen Promise* (OSP) in April 2020 to protect the Homeland from the increasing and evolving threat posed by COVID-19-related fraud and criminal activity. As part of OSP, CBP Officers and HSI special agents have opened investigations nationwide, seized millions of dollars in illicit proceeds; made multiple arrests; and shut down thousands of fraudulent websites.

HSI continues to work alongside CBP to seize shipments of mislabeled, fraudulent, unauthorized, or prohibited COVID-19 test kits, treatment kits, homeopathic remedies, and purported anti-viral products and personal protective equipment (PPE).



Annual Arrests, Indictments, and Convictions Related to Intellectual Property Rights Crimes

| Fiscal Year | Individuals Arrested | Indictments Obtained | Convictions |
|---|---|---|---|
| FY17 | 457 | 288 | 240 |
| FY18 | 391 | 286 | 260 |
| FY19 | 256 | 197 | 157 |
| FY20 | 203 | 125 | 98 |

*Operation Stolen Promise 2.0* has been launched to expand the focus of OSP to address the emerging public health threat of counterfeit versions of COVID-19 vaccines and treatments entering the marketplace.





# CBP Partnerships

# CBP Partnerships

**The United States Postal Service (USPS)**
USPS is responsible for presenting mail and providing electronic data (AED) to CBP for arriving international mail parcels. USPS and CBP have worked to target and identify 31 violations imported through international mail. Both agencies are implementing new strategies for leveraging the AED already available to identify offending merchandise.

**Collaboration Spotlight**: *Operation Mega Flex* is a CBP-led, interagency effort that was initiated in July 2019 to measure compliance and assess illicit networks in the international mail environment through periodic enhanced inspections. CBP conducts Mega Flex operations at international mail facilities and express consignment hubs nationwide in close coordination with ICE and the USPS.

Through *Operation Mega Flex*, CBP has found that more than 13 percent of targeted shipments contain counterfeit goods or contraband. Since July 2019, CBP has seized more than 4,800 shipments and nearly 2,600 agriculture violations through Mega Flex that posed health, safety, or economic threats to the United States and its people.

To read more about CBP's specific *Operation Mega Flex* efforts, visit *CBP New York Field Office Seizes 127 IPR Violations During Operation Mega Flex* and *XVI Operation Mega Flex Stops Hundreds of Illicit "Made in China" Shipments at LAX*: https://www.cbp.gov/newsroom/local-media-release/cbp-new-york-field-office-seizes-127-ipr-violations-during-operation and https://www.cbp.gov/newsroom/local-media-release/operation-mega-flex-stops-hundreds-illicit-made-china-shipments-lax

**The National Intellectual Property Rights Coordination Center (IPR Center)**

The IPR Center, in collaboration with CBP, stands at the forefront of the United States government's response to combatting global intellectual property (IP) theft and enforcement of its international trade laws.

**Collaboration Spotlight:** *Operation Team Player* is an ongoing annual operation that begins after every Super Bowl and continues through the next one, targeting international shipments of counterfeit sports merchandise into the United States. This operation is run by the IPR Center in collaboration with CBP, the NFL, and other major sports leagues to prevent the illegal importation and distribution of counterfeit sports merchandise.

Super Bowl LIV was played on February 2, 2020 at Hard Rock Stadium in Miami Gardens, Florida. U.S. CBP and ICE HSI announced the seizure of more than 176,000 counterfeit sports-related items, worth an estimated $123 million manufacturer's suggested retail price (MSRP), through a collaborative enforcement operation targeting international shipments of counterfeit merchandise into the United States.





**Commercial Customs Operations Advisory Committee (COAC)**
The private sector plays an instrumental role in the global economy and has a unique opportunity to lend their considerable expertise to CBP. By partnering with industry leaders, CBP links our processes with modern business practices, which results in enhanced compliance with trade laws, improves our facilitation and enforcement efforts, and assists the U.S. economy. CBP's engagement with its federal advisory committee, the COAC, is a key component in evaluating and adapting CBP policies and getting feedback about significant proposed changes.

In September 2020, CBP developed a new Statement of Work (SOW) to re-engage the COAC Intellectual Property Rights Working Group (IPRWG). The SOW requested the IPRWG to further develop, expand upon, and align three previous recommendations pertaining to sharing of detention information, photographic standards guide, and data-driven CBP seizure process. We look forward to continued progress with the upcoming 16th term of COAC.

**Public Awareness Campaign: "The Truth Behind Counterfeits"**
In FY 2020, CBP continued *"The Truth Behind Counterfeits"* https://www.cbp.gov/trade/fakegoodsrealdangers. IPR public-awareness campaign to educate the public about the potential harm of counterfeit goods by making people aware that buying counterfeits is not a victimless crime and encouraging them to shop from well-known and reputable sources. The campaign ran at major U.S. airports including NYC, Charlotte, Minneapolis, Denver, Miami, Pittsburgh, and Baltimore during the busy 2019 holiday and travel season.

In addition to the large ads that were displayed at the airports, the campaign also included a digital component that targeted ads online in these same cities. The campaign and its messages about responsible consumer behavior were viewed an estimated 106 million times throughout the period from Thanksgiving through the New Year.



Case: 1:22-cv-06079 Document #: 1-1 Filed: 11/03/22 Page 9 of 20 PageID #:21

# Help CBP Protect American Ingenuity



**Donations Acceptance Program**
As part of TFTEA, CBP prescribed regulations (19 CFR 133.61) for receiving donations from private sector parties of hardware, software, equipment, and technologies for the purpose of enforcing IPR. Administered through CBP's *Donations Acceptance Program* (DAP), this program has yielded several high-profile public-private partnerships that have already demonstrably enhanced CBP's ability to more quickly and accurately detect counterfeit merchandise entering the U.S. In FY 2020, Cisco donated additional barcode scanners raising the total number of tools being used to 16 in conjunction with their online package look-up tool which are now impacting six CBP Field Offices. Since the regulation went into effect in January 2018, the DAP has fully executed four formal IPR enforcement partnerships and is in process of completing one more with Nike, Inc. in FY 2021.

**Intellectual Property Rights e-Recordation**
CBP concentrates its IPR border enforcement on federally registered trademarks and copyrights that have been recorded with CBP by their owners using the Intellectual Property Rights e-Recordation (IPRR) system, *https://iprr.cbp.gov/*. CBP administers these recordations using a secure proprietary database. Product ID manuals provided by rights holders are also linked to the database and used by CBP in making IPR border enforcement determinations.

**Intellectual Property Rights Search**
CBP works closely with rights holders in making IPR enforcement determinations. A public database of both active and inactive recordations is available using a search engine called the Intellectual Property Rights Search (IPRS) at *http://iprs.cbp.gov/* Information on potential IPR infringements can be submitted to CBP using the e-Allegations Online Trade Violation Reporting System at *https://eallegations.cbp.gov/Home/Index2*.

As of September 30, 2020, CBP was enforcing **18,757 active recorded copyrights and trademarks**. In FY 2020, CBP's Office of Trade (OT) received and responded to **455 inquiries** from the field concerning IPR enforcement. This represents a 20 percent increase from FY 2019. At the end of FY 2020, CBP was administering **127 active exclusion orders** issued by the U.S. International Trade Commission (USITC) following investigations of unfair import practices in the importation of articles into the U.S. in violation of 19 U.S.C. § 1337, the majority of which are based on allegations of patent infringement. CBP's enforcement of these orders resulted in **137 exclusion order administrative actions**.



Number of Active Recordations CBP Enforced

| Fiscal Year | |
|---|---|
| FY20 | 18,757 |
| FY19 | 18,745 |
| FY18 | 17,641 |



# IPR & E-Commerce



E-Commerce sales have contributed to large volumes of low-value packages imported into the United States. In FY 2020, there were 184 million express shipments and 356 million international mail shipments. Many of these shipments contain counterfeit goods that pose the same health, safety, and economic security risks as containerized shipments. Over 90 percent of all intellectual property seizures occur in the international mail and express environments. The ongoing e-commerce revolution drove a 28 percent increase in low-value shipments and a 219 percent increase in air cargo in Fiscal Year 2020.

In response to the increase in e-commerce, CBP has created a modernized enforcement and facilitation framework for e-commerce through the administration of Section 321 Data Pilot and Entry Type 86 Test.



**Growth of Small Shipments**
(Total are displyed in millions)

| | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 |
|---|---|---|---|---|---|---|---|---|
| Mail Shipments | 150 | 170 | 222 | 275 | 502 | 484 | 463 | 356 |
| Express Bills | 76 | 82 | 91 | 96 | 110 | 161 | 144 | 184 |

### Section 321 Data Pilot
Initiated in 2019, the Section 321 Data Pilot is a voluntary collaboration with online marketplaces, carriers, technology firms, and logistics providers to secure e-commerce supply chains and protect American consumers. The pilot allows CBP to accept shipment-level information directly from online marketplaces and match it with the information received from traditional carriers. As a result, CBP is empowered to better segment risk and to perform more effective and efficient targeted screening with respect to Section 321 shipments. The number of shipments qualifying for the Section 321 exemption has greatly increased, largely due to the enactment of TFTEA, which raised the de minimis value cap from $200 to $800.

### Entry Type 86
The Entry Type 86 Test provides filing capabilities through the Automated Broker Interface, accommodates entries that include PGA data and the 10-digit Harmonized Tariff Schedule, and expedites clearance of compliant de minimis shipments into the United States.

The pilots have shown significant operational and private sector benefits when seller, enhanced product description and other transactional details are provided. Combined, CBP has received enhanced targeting and admissibility data on over 300 million shipments to date.

CBP is also working to educate the public, including consumers and importers alike, of the risks associated with non-compliant products. In FY 2020, CBP published the *E-Commerce Counterfeit Awareness Guide for Consumers* and the *E-Commerce Counterfeit Awareness Guide* for Importers to create awareness for consumers and importers about their responsibilities to comply with customs regulations. Additionally, CBP issued an administrative ruling clarifying the duty-free status of certain low-value shipments. Visit *https://www.cbp.gov/trade/basic-import-export/e-commerce* to learn more about CBP's efforts in e-commerce.

# Exclusion Orders

# Modes of Transportation and Commodities

CBP enforces exclusion orders issued by the International Trade Commission (ITC). Most ITC exclusion orders are patent-based. The ITC issues both limited and general exclusion orders. Limited exclusion orders apply only to infringing articles of named respondents. General exclusion orders bar the entry of infringing articles by all.

Exclusion orders prohibit the entry of all covered articles, even if they were not specifically accused and found to infringe by the ITC. Once excluded, subsequent importations of the same articles by the same importer are subject to seizure.

| Fiscal Year 2020 | | | |
|---|---|---|---|
| Shipments Seized | Seizure Est. MSRP | New Exclusion Orders Issued | Total Active Exclusion Orders |
| 169 | $12,241,036 | 24 | 128* |

*Notes:*
For shipments seized under an active exclusion order, in FY20 a total of 169 seizures cited 19 USC 1337(i) with a total MSRP of $12,241,036. During FY 2020, CBP enforced up to 128 active exclusion orders. The term "rulings" covers rulings and other interpretive decisions.*





**SEIZURES BY MODE OF TRANSPORTATION**

17,001 EXPRESS

6,886 MAIL

1,993 CARGO

ALL OTHERS 623

**TOP PRODUCTS SEIZED BY NUMBER OF SEIZURES**

- 17% HANDBAGS/WALLETS
- 14% WEARING APPAREL/ACCESSORIES
- 13% WATCHES/JEWELRY
- 13% FOOTWEAR
- 11% CONSUMER ELECTRONICS
- 7% CONSUMER PRODUCTS
- 2% PHARMACEUTICALS
- 1% SPORTING GOODS
- 1% AUTOMOBILE/TRANSPORTATION
- ALL OTHER COMMODITIES 21%



# Number of Seizures

## Fiscal Year 2020



Number of Seizures: 26,503

## Fiscal Year 2019



Number of Seizures: 27,599

# Number of Seizures

| 2020 | | |
|---|---|---|
| Products | Seizures | % of Total* |
| Handbags/Wallets | 4,597 | 17% |
| Wearing Apparel/Accessories | 3,592 | 14% |
| Footwear | 3,460 | 13% |
| Watches/Jewelry | 3,460 | 13% |
| Consumer Electronics | 3,024 | 11% |
| Consumer Products | 1,932 | 7% |
| Pharmaceuticals | 495 | 2% |
| Automotive/Transportation | 299 | 1% |
| Sporting Goods | 206 | 1% |
| All Other Commodities | 5,438 | 21% |
| **Number of Seizures** | **26,503** | **100%** |

| 2019 | | |
|---|---|---|
| Products | Seizures | % of Total* |
| Watches/Jewelry | 4,242 | 15% |
| Wearing Apparel/Accessories | 3,841 | 14% |
| Handbags/Wallets | 3,653 | 13% |
| Footwear | 3,249 | 12% |
| Consumer Electronics | 2,681 | 10% |
| Pharmaceuticals/Personal Care | 1,779 | 6% |
| Sporting Goods | 1,510 | 5% |
| Consumer Products | 1,219 | 4% |
| Computers/Accessories | 318 | 1% |
| All Other Commodities | 5,107 | 19% |
| **Number of Seizures** | **27,599** | **100%** |

*Seizures involving multiple product categories are included in the "All Others" category. Because the individual percentage figures are rounded, in some cases, the sum of the rounded percentages for a given fiscal year is slightly higher or lower than 100 percent.

# Products Seized by MSRP

# Products Seized by MSRP



MSRP FY 2020

Total FY 2020 MSRP $1,309,156,510



MSRP FY 2019

Total FY 2019 MSRP $1,555,269,057

| FY 2020 | | |
|---|---|---|
| Products | MSRP | % of Total* |
| Watches/Jewelry | $ 435,249,467 | 33% |
| Handbags/Wallets | $ 282,702,448 | 22% |
| Consumer Electronics | $ 162,234,924 | 12% |
| Wearing Apparel/Accessories | $ 157,226,661 | 12% |
| Consumer Products | $ 85,470,866 | 7% |
| Footwear | $ 63,146,456 | 5% |
| Pharmaceuticals | $ 20,414,897 | 2% |
| Labels/Tags | $ 19,823,791 | 2% |
| Batteries | $ 14,432,379 | 1% |
| All Other Commodities | $ 68,454,621 | 5% |
| **Total FY 2020 MSRP** | **$ 1,309,156,510** | **100%** |
| **Number of Seizures** | **26,503** | **100%** |

| FY 2019 | | |
|---|---|---|
| Products | MSRP | % of Total* |
| Watches/Jewelry | $ 687,167,057 | 44% |
| Wearing Apparel/Accessories | $ 343,732,063 | 22% |
| Handbags/Wallets | $ 212,781,760 | 14% |
| Consumer Electronics | $ 105,957,198 | 7% |
| Pharmaceuticals/Personal Care | $ 48,771,870 | 3% |
| Footwear | $ 37,994,046 | 2% |
| Consumer Products | $ 27,907,721 | 2% |
| Computers/Accessories | $ 13,216,628 | 1% |
| Automotive/Aerospace | $ 12,142,621 | 1% |
| All Other Commodities | $ 65,598,093 | 4% |
| **Total FY 2019 MSRP** | **$ 1,555,269,057** | **100%** |
| **Number of Seizures** | **27,599** | **100%** |

*Seizures involving multiple product categories are included in the "All Others" category. Because the individual percentage figures are rounded, in some cases, the sum of the rounded percentages for a given fiscal year is slightly higher or lower than 100 percent.

# Total MSRP for Products Seizures by Economy

## MSRP BY ECONOMY FY 2020

- China — 50.5%
- Hong Kong — 32.8%
- Turkey — 2.4%
- Vietnam — 2.0%
- Korea — 1.9%
- India — 1.0%
- Thailand — 1.0%
- Taiwan — 0.9%
- Netherlands — 0.9%
- All Other Countries — 6.7%

## MSRP BY ECONOMY FY 2019

- China — 66.2%
- Hong Kong — 25.5%
- Turkey — 0.9%
- Vietnam — 0.9%
- Pakistan — 0.8%
- Sinsapore — 0.7%
- Dominican Republic — 0.6%
- India — 0.6%
- Korea — 0.4%
- All Other Countries — 3.4%

# Total MSRP for Products Seizures by Economy

| FY 2020 | | |
|---|---|---|
| Trading Partner | MSRP | % of Total* |
| China | $ 660,767,476 | 50.5% |
| Hong Kong | $ 428,961,694 | 32.8% |
| Turkey | $ 31,237,035 | 2.4% |
| Vietnam | $ 25,803,755 | 2.0% |
| Korea | $ 25,282,668 | 1.9% |
| India | $ 12,862,390 | 1.0% |
| Thailand | $ 12,601,807 | 1.0% |
| Taiwan | $ 12,143,980 | 0.9% |
| Netherlands | $ 11,796,923 | 0.9% |
| All Other Countries | $ 87,698,782 | 6.7% |
| Total FY 2020 MSRP | $ 1,309,156,510 | 100% |
| Number of Seizures | 26,503 | |

| FY 2019 | | |
|---|---|---|
| Trading Partner | MSRP | % of Total* |
| China | $ 1,030,181,869 | 66.2% |
| Hong Kong | $ 397,276,566 | 25.5% |
| Turkey | $ 14,240,890 | 0.9% |
| Vietnam | $ 13,556,034 | 0.9% |
| Pakistan | $ 12,157,097 | 0.8% |
| Singapore | $ 10,452,581 | 0.7% |
| Dominican Republic | $ 9,542,456 | 0.6% |
| India | $ 9,539,580 | 0.6% |
| Korea | $ 5,633,115 | 0.4% |
| All Other Countries | $ 52,688,870 | 3.4% |
| Total FY 2019 MSRP | $ 1,555,269,057 | 100% |
| Number of Seizures | 27,599 | |

*The aggregate seizure data reflect the reported country of origin, not necessarily where the seized goods were produced. Because the individual percentage figures are rounded, in some cases, the sum of the rounded percentages for a given fiscal year is slightly higher or lower than 100 percent.

# Seizures by Economy

# Seizures by Economy

### SEIZURES BY ECONOMY FY 2020



- China
- Hong Kong
- Turkey
- Saudi Arabia
- Taiwan
- All Other Countries

### SEIZURES BY ECONOMY FY 2019



- China
- Hong Kong
- Singapore
- Turkey
- Canada
- All Other Countries

| FY 2020 | | |
|---|---|---|
| Trading Partner | Seizures | % of Total* |
| China | 11,710 | 44% |
| Hong Kong | 9,199 | 35% |
| Turkey | 1,096 | 4% |
| Saudi Arabia | 492 | 2% |
| Taiwan | 423 | 2% |
| All Other Countries | 3,583 | 13% |
| **Number of Seizures** | **26,503** | **100%** |

| FY 2019 | | |
|---|---|---|
| Trading Partner | Seizures | % of Total* |
| China | 13,293 | 48% |
| Hong Kong | 9,778 | 35% |
| Singapore | 649 | 2% |
| Turkey | 614 | 2% |
| Canada | 598 | 2% |
| All Other Countries | 2,667 | 10% |
| **Number of Seizures** | **27,599** | **100%** |

*The aggregate seizure data reflect the reported country of origin, not necessarily where the seized goods were produced. Because the individual percentage figures are rounded, in some cases, the sum of the rounded percentages for a given fiscal year is slightly higher or lower than 100 percent.*

# Seizures by Mode of Transportation



Number of Seizures



Estimated MSRP (in millions)

# Seizures by Mode of Transportation

| Seizures | | | | | | |
|---|---|---|---|---|---|---|
| Mode of Transport | FY 2020 | | FY 2019 | | FY 2018 | |
| | Seizures | % of Total | Seizures | % of Total | Seizures | % of Total |
| Express | 17,001 | 64% | 15,811 | 57% | 21,632 | 64% |
| Mail | 6,886 | 26% | 8,982 | 33% | 9,643 | 29% |
| Cargo | 1,993 | 8% | 1,903 | 7% | 1,673 | 5% |
| Other | 623 | 2% | 903 | 3% | 862 | 3% |
| Total | 26,503 | 100% | 27,599 | 100% | 33,810 | 100% |

| Estimated Manufacturer's Suggested Retail Price (in millions) | | | | | | |
|---|---|---|---|---|---|---|
| Mode of Transport | FY 2020 | | FY 2019 | | FY 2018 | |
| | MSRP | % of Total | MSRP | % of Total | MSRP | % of Total |
| Express | $ 589.1 | 45% | $ 553.3 | 36% | $ 549.2 | 39% |
| Mail | $ 98.1 | 7% | $ 175.6 | 11% | $ 197.3 | 14% |
| Cargo | $ 463.4 | 35% | $ 488.2 | 31% | $ 447.9 | 32% |
| Other | $ 158.5 | 12% | $ 337.9 | 22% | $ 205.4 | 15% |
| Total | $ 1,309.1 | 100% | $ 1,555.2 | 100% | $ 1,399.8 | 100% |

# Health, Safety, and Security

# Health, Safety, and Security

### Health, Safety, and Security FY 2020



Number of Seizures: 3,487

### Health, Safety, and Security FY 2019



Number of Seizures: 5,859

| FY 2020 | | |
|---|---|---|
| Health, Safety, and Security | Seizures | % of Total* |
| Consumer Electronics | 944 | 27% |
| Sunglasses/Eyewear | 844 | 24% |
| Pharmaceuticals | 501 | 14% |
| Personal Care | 236 | 7% |
| Automotive/Transportation | 216 | 6% |
| Batteries | 88 | 3% |
| Cigarettes | 82 | 2% |
| Guns/Parts | 71 | 2% |
| Lights/Lamps | 58 | 2% |
| All Other Commodities | 447 | 13% |
| Number of Seizures | 3,487 | 100% |

| FY 2019 | | |
|---|---|---|
| Health, Safety, and Security | Seizures | % of Total* |
| Sporting Goods - Guns & Gun Parts | 1,428 | 24% |
| Consumer Electronics | 989 | 17% |
| Pharmaceuticals | 858 | 15% |
| Sunglasses/Eyewear | 818 | 14% |
| Personal Care | 490 | 8% |
| Critical Components | 216 | 4% |
| Batteries | 186 | 3% |
| Cigarettes | 163 | 3% |
| Automotive/Aerospace | 149 | 3% |
| All Other Commodities | 562 | 10% |
| Number of Seizures | 5,859 | 100% |

*Shipments with multiple types of products are included in the "All others" category. Because the individual percentage figures are rounded, in some cases, the sum of the rounded percentages for a given fiscal year is slightly higher or lower than 100 percent

# Seizures and Total MSRP by Centers of Excellence and Expertise

# IPR Points of Contact

| FY 2020 | | |
|---|---|---|
| Centers | Total MSRP | % of Total MSRP |
| Consumer Products & Mass Merchandising | $ 841,588,271 | 64.3% |
| Apparel, Footwear & Textiles | $ 231,915,396 | 17.7% |
| Electronics | $ 170,643,120 | 13.0% |
| Machinery | $ 22,860,881 | 1.7% |
| Pharmaceuticals, Health & Chemicals | $ 21,024,365 | 1.6% |
| Automotive & Aerospace | $ 10,857,996 | 0.8% |
| Base Metals | $ 6,111,920 | 0.5% |
| Industrial & Manufacturing Materials | $ 3,260,622 | 0.2% |
| Agriculture & Prepared Products | $ 893,941 | 0.1% |
| **Total FY 2020 MSRP** | **$ 1,309,156,510** | **100%** |

| FY 2019 | | |
|---|---|---|
| Centers | Total MSRP | % of Total MSRP |
| Consumer Products & Mass Merchandising | $ 1,000,628,016 | 64.3% |
| Apparel, Footwear & Textiles | $ 383,694,303 | 24.7% |
| Electronics | $ 117,028,274 | 7.5% |
| Machinery | $ 27,810,170 | 1.8% |
| Pharmaceuticals, Health & Chemicals | $ 9,234,202 | 0.6% |
| Automotive & Aerospace | $ 9,868,483 | 0.6% |
| Agriculture & Prepared Products | $ 3,882,013 | 0.2% |
| Industrial & Manufacturing Materials | $ 1,225,896 | 0.1% |
| Base Metals | $ 1,897,700 | 0.1% |
| Petroleum, Natural Gas & Minerals | – | 0.0% |
| **Total FY 2019 MSRP** | **$ 1,555,269,057** | **100%** |

**Questions? Contact the IPR Help Desk For Assistance** - CBP's IPR Help Desk is staffed Monday through Friday to answer questions on IPR enforcement. Contact the IPR Help Desk via email at IPRHELPDESK@cbp.dhs.gov

**Regulations, Rulings, and Recordation** – Inquiries about CBP's IPR regulations may be addressed to Regulations and Rulings (RR) at hqiprbranch@cbp.dhs.gov. Ruling requests regarding articles potentially subject to an ITC exclusion order may be submitted to IPRBranch.ITC337.Rulings@cbp.dhs.gov. To request information on CBP's recordation program, please contact RR at iprrquestions@cbp.dhs.gov

**Guidance on CBP IPR Policy and Programs** - The IPR and E-Commerce Division (IPR Division) coordinates with rights holders, members of the trade community, CBP staff, other Federal agencies, and foreign governments in developing and implementing the Agency's IPR strategy, policy and programs. To contact the IPR Division, email iprpolicyprograms@cbp.dhs.gov

**e-Allegations** - If you are aware of or suspect a company or individual is committing IPR crime, please report the trade violation using CBP's e-Allegations Online Trade Violation Reporting System at https://eallegations.cbp.gov/Home/Index2. Trade violations can also be reported by calling 1-800-BE-ALERT.

**National Intellectual Property Rights Coordination Center** - To Report Violations of Intellectual Property Rights, including counterfeiting and piracy, contact the National IPR Coordination Center at https://www.iprcenter.gov/referral/ or telephone 1-866-IPR-2060.



U.S. Customs and
Border Protection

CBP Publication No. 1542-0921