# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

John Doe

              Plaintiff,

v.                                                     Case No.: 1:22−cv−06079

                                                        Honorable John Robert Blakey

individuals

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 17, 2022:

      MINUTE entry before the Honorable John Robert Blakey: Based upon the materials submitted, this Court grants Plaintiff's motions for leave to file under seal [11], [20] and motion for electronic service of process [9]. The Court also grants Plaintiff's ex parte motion for entry of a temporary restraining order [17]. Enter sealed temporary restraining order. Absent further order, this TRO will expire on 11/30/22. The 11/17/22 and 11/22/22 Notice of Motion dates are stricken. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.