UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN DOE, </br></br> Plaintiff, </br> v. </br></br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT, </br></br> Defendants. | Civil Action No. 1:22-cv-6079 </br> (JRB)(HKM) </br></br> JURY TRIAL DEMANDED |

**PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Plaintiff, by and through its undersigned counsel, hereby moves for entry of a Preliminary Injunction in the above-captioned action against the Defendants identified on the Schedule A attached hereto. For the reasons set forth herein, Plaintiff respectfully urges that the Court should grant this Motion.

Date: December 9, 2022

Respectfully submitted,

/s/ Theodore J. Chiacchio
Theodore J. Chiacchio (Bar No. 6332547)
**CHIACCHIO IP, LLC**
307 North Michigan Avenue, Suite 2011
Chicago, Illinois 60601
Tel: (312) 815-2384
Email: ted@whitewoodlaw.com

Shengmao Mu
**WHITEWOOD LAW PLLC**
57 W. 57th Street
New York, New York 10019
Tel: (917) 858-8018

1

Email: smu@whitewoodlaw.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 9, 2022, I electronically filed the foregoing with the Court using the CM/ECF system. I have electronically published the foregoing on a website and have sent an e-mail to the e-mail addresses provided for Defendants by third parties that includes a link to said website.

                                                                            /s/Theodore J. Chiacchio
                                                                             Theodore J. Chiacchio