UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

John Doe
                                                     Plaintiff,

v.                                                        Case No.: 1:22−cv−06079

                                                           Honorable John Robert Blakey

The Individuals Corporations, Limited Liabilities Companies, Partnerships, and Unicorporated Assoications

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Sunday, December 18, 2022:

      MINUTE entry before the Honorable Steven C. Seeger: Plaintiff's motion for a preliminary injunction (Dckt. No. [30]) is hereby granted in part and denied in part. Based on the record, the Court (meaning Judge Seeger, sitting in the capacity as the emergency judge) largely grants the motion because it is consistent with the facts and with the prior rulings of Judge Blakey. That said, the preliminary injunction largely does not apply to Defendant Panther Print, who appeared and opposed the motion. The Court makes that point in the last paragraph of the accompanying Preliminary Injunction Order. Based on the record (including the small number of sales, and the collateral damage that an injunction could cause for the sale of non−infringing products), the Court has determined that more limited injunctive relief is appropriate. Based on the record, Panther Print's Etsy store and frozen funds shall be immediately released. Panther Print shall refrain from selling any of the alleged infringing items set forth in the Complaint, specifically the Audrey Hepburn bubblegum chewing gum and Marilyn Monroe pink bubble gum canvas wall art picture prints. Defendant Panther Print's motion to prevent injunction (Dckt. No. [36]) is thus granted in part and denied in part. The parties may seek additional relief from Judge Blakey as they deem appropriate. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.