UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Michael Moebius, et al.

Plaintiff,

v.

The Individuals Corporations, Limited Liabilities Companies, Partnerships, and Unicorporated Assoications, et al.

Defendant.

Case No.: 1:22−cv−06079

Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 31, 2023:

MINUTE entry before the Honorable John Robert Blakey: Based upon docket entry [51], it appears that summons was served 1/12/23, which would make any responsive pleading due 2/2/23. Accordingly, the Court denies without prejudice Plaintiff's motion for default and default judgment [45] and strikes the 2/1/23 motion hearing date. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.