## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
## Eastern Division

Michael Moebius, et al.

                              Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:22−cv−06079

　　　　　　　　　　　　　　　　　　　　　Honorable John Robert Blakey

The Individuals Corporations, Limited Liabilities Companies, Partnerships, and Unicorporated Assoications, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 13, 2023:

      MINUTE entry before the Honorable John Robert Blakey: Based upon Plaintiff's submissions and, as discussed in court, the Court grants Plaintiff's second renewed motion [63] for default judgment as to the remaining Defendants who have not appeared or answered the complaint. Enter Order. Plaintiff shall file a status report by 3/3/23 concerning any remaining Defendants. The 2/15/23 Notice of Motion date is stricken. Mailed notice(gel,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.