**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Michael Moebius, et al.

                  Plaintiff,

v.

The Individuals Corporations, Limited Liabilities Companies, Partnerships, and Unicorporated Assoications, et al.

                  Defendant.

Case No.: 1:22−cv−06079

Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 29, 2023:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on 3/29/2023. For reasons stated on the record, Plaintiff's motion for entry of default and default judgment against Doe Nos. 328, 377, and 386 [78] is denied without prejudice. Status hearing is set on 4/20/2023 at 11:00 a.m. in Courtroom 1203. Mailed notice (sxw)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.