# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael Moebius, et al.

          Plaintiff,

v.

The Individuals Corporations, Limited Liabilities Companies, Partnerships, and Unicorporated Assoications, et al.

          Defendant.

Case No.: 1:22−cv−06079

Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 19, 2023:

    MINUTE entry before the Honorable John Robert Blakey: On 2/13/23, this Court entered a default judgment order as to numerous Defendants, including Defendants No. 4 and No. 387. See [69]. These Defendants have moved to vacate, see [84], [85]. Based upon its review of the docket and the parties' submissions, the Court denies the motion [84], [85]. Plaintiff served Defendants and they had actual notice of this lawsuit by at least 12/16/22 (indeed, the parties were negotiating a settlement at this time); yet these Defendants never appeared or responded to the complaint. Defendants argue that the affidavit concerning service of process is 'likely faulty"; yet they do not explain how or why this is so. Defendants concede that their attorney was negotiating a settlement with Plaintiff when the Court entered default judgment; they do not claim that the parties reached any agreement to resolve their dispute or otherwise agreed to extend the deadline for answering or appearing. In short, the docket reflects service of process and a complete failure to answer or otherwise appear in response to the complaint; thus far, Defendants have offered no factual or legal basis to vacate the default. To the extent the parties agreed to some resolution, Defendant should meet and confer with its counsel and Plaintiff and file an agreed motion to vacate the default judgment. The Court strikes the 4/20/23 status hearing date. Plaintiff shall file a status report by 4/28/23 concerning any remaining Defendants. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.