## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Michael Moebius, et al.

                                        Plaintiff,

v.

The Individuals Corporations, Limited Liabilities Companies, Partnerships, and Unicorporated Assoications, et al.

                                        Defendant.

Case No.:
1:22−cv−06079

Honorable John Robert Blakey

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 24, 2023:

      MINUTE entry before the Honorable John Robert Blakey: The Court denies Defendants' motion for reconsideration [91], which argues that the Court erroneously applied certain factual findings to both Defendants, rather than just to Defendant 387. But Defendants' motion makes clear that the Court's findings concerning notice, in fact, apply to both Defendants. Indeed, Defendants jointly moved to vacate, jointly arguing all points on behalf of "Defendants" and discussing "Defendants' website https://madepants.com"; they state in their motion that they are "owned by the same owner, with their principal officers as Xuebo Zeng" and that "Defendants hired an attorney Ms. Chen in China from Fa−Shen Consulting to engage with the Plaintiff starting from early February of 2023, to negotiate the settlement with the opposing counsel." [85] at 5−6. Based upon these representations and assertions, the Court declines to reconsider its findings that these Defendants were served, had actual notice of this lawsuit, failed to answer or otherwise appear, and failed to provide any factual or legal basis to justify vacating the default. See [90]. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.