## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL MOEBIUS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22 C 6079 |
| | ) | |
| v. | ) | |
| | ) | Judge John Robert Blakey |
| WallArtsPrints (No. 328), Yaomingfan (No. 377), and Https://Www.Canvasblac Kart. Com (No. 386), | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Court, having entered default judgment on May 10, 2023, herby grants Plaintiff's motion for release of bond [103], strikes the 5/24/23 Notice of Motion date, and orders that the ten thousand dollar ($10,000.00) cash bond posted by Plaintiff on November 23, 2022 shall be released, along with any applicable or earned interest, to Plaintiff or his counsel, Whitewood Law PLLC, 57 West 57th Street, 3rd and 4th Floors, New York, NY 10019.

Dated: June 6, 2023　　　　　　　　　　Entered:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John Robert Blakey
　　　　　　　　　　　　　　　　　　　　United States District Judge